**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION, SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  19-30506 |
| | ) | |
| MCINTIRE, LARRY MATTHEW | ) | |
| MCINTIRE, CASSANDRA MARIE | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**OBJECTION TO CLAIM OF CAPITAL ONE AUTO FINANCE**

Comes now Movant Norman Rouse, Trustee and hereby objects to the Proof of Claim filed by creditor, Capital One Auto Finance in the amount of $22,613.56, on 01/24/20.  The court claim number is 5-1.

> PURSUANT TO LOCAL RULE 3007-1 (B), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED.  IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING.  IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM.  PARTIES NOT REPRESENTED BY AN ATTORNEY SHALL MAIL A RESPONSE TO THE COURT AT THE ADDRESS BELOW.  DEBTOR(S) NOT REPRESENTED BY AN ATTORNEY MUST BE SERVED A COPY OF THE RESPONSE BY MAIL.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☐    Pursuant to Local Rule 3001-1, the claimant has not attached supporting documentation to the claim, and the claim should be disallowed in its entirety.

☐    The deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety.

X    The claim should be disallowed entirely because it is fully secured, and the estate should not pay a fully secured claim.

☐    The claim should instead be allowed as a (secured, priority or unsecured) claim in the amount of $_____ because _____.

☐    The claim should instead be allowed as secured in the amount of $_____ and unsecured in the amount of $_____.

Dated: March 29, 2021          /s/ Norman Rouse, Trustee
                                      Norman Rouse, Trustee
                                      twelch@cwrcave.com

## CERTIFICATE OF SERVICE

I Norman Rouse hereby certify that a true and correct copy of the Objection to Claim was mailed to (affected creditors/unrepresented parties requesting notice) by first class mail on March 29, 2021.

**Capital One Auto Finance
AIS Portfolio Services LP
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118**

Represented parties received notice electronically via the court's Electronic System.

Date: March 29, 2021          /s/ Norman Rouse
                                     Norman Rouse, Trustee