## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:

                Case No. 19-30506

LARRY MATTHEW MCINTIRE

                Chapter: 7

CASSANDRA MARIE MCINTIRE

Debtors.

### RESPONSE TO CLAIM OBJECTION

NOW COMES Capital One Auto Finance, a division of Capital One, N.A. ("Capital One"), by its counsel, Evan Lincoln Moscov, and for its Response to the Chapter 7 Trustee's Objection to Proof of Claim Number 5-1 ("the Claim"), states as follows:

Capital One requests additional time to repossess and sell the 2018 CHEVROLET Malibu Sedan 4D LS motor vehicle with a VIN of 1G1ZB5STXJF127934 and to amend the Claim to reflect the remaining deficiency balance.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., prays for the entry of an order denying the Chapter 7 Trustee's Objection to Proof of Claim Number 5-1.

                By: /s/ Evan Lincoln Moscov
                Evan Lincoln Moscov
                Missouri Bar No. 64415
                325 Washington St., Ste. 303
                Waukegan, IL 60085
                Phone: 312.969.1977
                Evan.moscov@moscovlaw.com

### **CERTIFICATE OF SERVICE**

      I hereby certify that on 4/6/2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jon M. Gold
Reynolds and Gold
1322 East Kingsley Street
Springfield, MO 65804

Norman Rouse
Chapter 7 Trustee
5957 E. 20th Street
Joplin, MO 64801

Office of US Trustee
400 E. 9th St.,
Rm. 3440
Kansas City, MO 64106

I further certify that on 4/6/2021 a copy of the foregoing
was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Larry Matthew McIntire 4254 Lawrence 2212 Pierce City, MO 65723
Cassandra Marie McIntire 4254 Lawrence 2212 Pierce City, MO 65723

                                            /s/Evan Lincoln Moscov
                                            Evan Lincoln Moscov